*Decisions on Petitions for Writs of Certiorari from October 10 to December 18, 1910.*

No. 562. BARTLETT RICHARDS, PETITIONER, *v.* THE UNITED STATES. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles J. Hughes, Jr., Mr. R. S. Hall* and *Mr. John W. Lacey* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 563. WILL G. COMSTOCK, PETITIONER, *v.* THE UNITED STATES. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles J. Hughes, Jr., Mr. R. S. Hall* and *Mr. John W. Lacey* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 564. CHARLES C. JAMESON, PETITIONER, *v.* THE UNITED STATES. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles J. Hughes, Jr., Mr. R. S. Hall* and *Mr. John W. Lacey* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.